Jared B. Stubbs (14103)
MACARTHUR, HEDER & METLER
4844 North 300 West, Ste. 300
Provo, UT 84604
Phone: (801) 377-1900
Fax: (801) 377-1901
jstubbs@mhmlawoffices.com

*Attorneys for Plaintiff*

## IN THE UNITED STATE DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MECHELLE BOMAN,<br><br>                    Plaintiff,<br><br>vs.<br><br>SHERWOOD RECOVERY RESORT, LLC; A UTAH LIMITED LIABILITY COMPANY, and dba SHERWOOD HILLS RECOVERY RESORT; and RICHARD MICHAEL KNAPP, Individually and dba SHERWOOD HILLS RECOVERY RESORT<br><br>                    Defendant. | **STIPULATED MOTION TO DISMISS ENTIRE CASE WITH PREJUDICE**<br><br>Case No. 2:17-cv-00180<br><br>Judge: Paul Warner |

       Plaintiff, MECHELLE BOMAN, and Defendants, SHERWOOD RECOVERY RESORT, LLC; and RICHARD MICHAEL KNAPP, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

///

INTENTIONALLY LEFT BLANK

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation.

A proposed order will also be submitted electronically to the Court.

| | |
|---|---|
| DATED this 13th day of February 2018 | DATED this 13th day of February 2018 |
| Respectfully submitted, | Approved as to form, |
| /s/ Jared B. Stubbs<br>Jared B. Stubbs | /s/ Benson L. Hathaway, Jr.<br>Benson L. Hathaway, Jr. |
| | /s/ Analise Q. Wilson<br>Analise Q. Wilson |
| Attorneys for Plaintiff<br>MACARTHUR, HEDER & MELTER | Attorneys for Defendants<br>KIRTON \| McCONKIE |